UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON HARVEY BEITCH, | NO. CV 15-00872-VBF (GJS) |
| Plaintiff, | |
| v. | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| OFFICER MARK WHEELER, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, Defendants' Motion To Dismiss ("Motion") and related briefing by the parties, all other documents filed in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing Objections to the Report has passed and no party has filed Objections.

Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that: (1) the Motion is GRANTED with respect to Claim Two of the Complaint and this claim is dismissed without leave to amend and with prejudice, except that the portion of the claim alleging a cover up is dismissed without leave to amend and without prejudice; (2) Claim One of the Complaint is deemed to consist solely of a substantive due process excessive force claim asserted against Defendant Wheeler only; (3) the Motion is DENIED in all other respects; and (4) Defendant

1 | Wheeler is directed to file an Answer to the Complaint within 21 days of the entry of this Order.

3 |     IT IS SO ORDERED.

5 | DATED: December 21, 2015

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE