JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AARON HARVEY BEITCH, | Case No. CV 15-872-GW(GJS) |
| Plaintiff, | Honorable George H. Wu |
| vs. | **JUDGMENT** |
| OFFICER MICHAEL WHEELER, | |
| Defendant. | |

    This action came on regularly for trial on March 27, 2018, in Courtroom 9D of the above-entitled Court, the Honorable District Court Judge George H. Wu presiding. Plaintiff Aaron Harvey Beitch ("Plaintiff") appeared pro se. Defendant Officer Michael Wheeler ("Defendant") appeared through attorneys Dennis M. Gonzales and Raymond W. Sakai of Lawrence Beach Allen & Choi, PC.

    On March 28, 2018, the jury returned a unanimous verdict in favor of Defendant.

///
///

NOW, THEREFORE, IT IS ORDERED ADJUDGED AND DECREED:

1. That Defendant Michael Wheeler have judgment against Plaintiff Aaron Harvey Beitch.

2. That Plaintiff Aaron Harvey Beitch take nothing on all claims alleged against Defendant Michael Wheeler.

2. As a prevailing party, Defendant Michael Wheeler is entitled to recover his costs.

Dated: April 2, 2018   _____
HONORABLE GEORGE H. WU
United States District Judge

# **PROOF OF SERVICE**

I, Debra L. Ard, am employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action; my business address is 100 West Broadway, Suite 1200, Glendale, CA 91210.

On March 29, 2018, I served the foregoing **[PROPOSED] JUDGMENT** on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

Aaron Harvey Beitch
P.O. Box 35403
Tuscon, AZ  85740-5043

**BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Glendale, California, in the ordinary course of business. I am aware that on motion of the party service, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 29, 2018, at Glendale, California.


By _____
           Declarant